IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

*v.*

Rosas-Ramirez

Criminal Action No.

2:17-CR-23-01-RWS

**Government's Motion for Leave to File Dismissal of Counts in the Indictment**

The Defendant, Miguel Angel Rosas-Ramirez, pled guilty to counts 2 and 21 of the Indictment on November 8, 2017. By the authority of the undersigned, counts 5-8, 10-13, and 19 of the Indictment, charging violations of 18 U.S.C. § 922(a)(6), are dismissed as to Rosas-Ramirez and Movant prays leave of Court to file the same. Counts 1, 3, 4, 9, 14-18, and 20 remain charged in the Indictment as to Rosas-Ramirez.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

By:  Jennifer Keen
*Assistant United States Attorney*
Georgia Bar No. 231778
Jennifer.Keen@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

**Order**

Now, to-wit, on the _____ day of _____, 2017, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE